452 A.2d 43

Sound Entertainment, Appellant v. Cohen, et al.

Argued April 7, 1982.
Edward Benoff, for appellant; Paul Leon Herron, for Cohen, appellee; James W. Sutton, Jr., for Forman, et al., appellees.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Decree affirmed.

452 A.2d 43

Williams, Appellant v. Radio Cab Co., et al.

Submitted May 11, 1982.
Ronald J. Harper, for appellant; Lynn Susan Palenscar, for Penn, appellee; Joseph L. Ditomo, Jr., for Jarrett, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment affirmed.